IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| Plaintiff, ) | |
| ) | **8:08CR315** |
| vs. ) | |
| ) | **ORDER** |
| **SCOTT YAJON WISEMAN,** ) | |
| Defendant. ) | |

Defendant Scott Yajon Wiseman (Wiseman) appeared before the court on May 23, 2012, on the Petition for Warrant or Summons for Offender Under Supervision (Petition) (Filing No. 28). Wiseman was represented by Rex J. Moats and the United States was represented by Assistant U.S. Attorney Michael D. Wellman. Through his counsel, Wiseman waived his right to a probable cause hearing on the Petition pursuant to Fed. R. Crim. P. 32.1(a)(1). I find the Petition alleges probable cause and Wiseman should be held to answer for a final dispositional hearing before Judge Joseph F. Bataillon.

The government moved for detention. Through counsel, Wiseman declined to present any evidence or request a hearing on the issue of detention. Since it is Wiseman's burden under 18 U.S.C. § 3143 to establish by clear and convincing evidence he is neither a flight risk nor a danger to the community, the court finds Wiseman has failed to carry his burden and Wiseman should be detained pending a dispositional hearing before Judge Bataillon.

**IT IS ORDERED**:

1. A final dispositional hearing will be held before Judge Joseph F. Bataillon in Courtroom No. 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 1:00 p.m. on June 25, 2012**. Defendant must be present in person.

2. Defendant Scott Yajon Wiseman is committed to the custody of the Attorney General or his designated representative for confinement in a correctional facility;

3. Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel; and

4. Upon order of a United States court or upon request of an attorney for the government, the person in charge of the corrections facility shall deliver defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

DATED this 23rd day of May, 2012.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge